MALCOLM S. SEGAL - 075481
SEGAL & KIRBY
770 L Street, Suite 1440
Sacramento, CA 95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant
LINDA M. BURKE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. S-05-CR 00365 FCD |
| Plaintiff, | **STIPULATION AND ORDER REGARDING STATUS CONFERENCE CONTINUANCE** |
| vs. | "AS MODIFIED" |
| JAMES D. BURKE and LINDA M. BURKE, | |
| Defendants. | |

Defendant Linda M. Burke, through her counsel of record, Malcolm Segal and Defendant James D. Burke, through his counsel of record, Patrick Hanly, and Plaintiff United States of America, through its counsel, Assistant United States Attorney Robin Taylor, agree and stipulate that the status conference set for December 19, 2005 may be continued to January 17, 2006, at 9:30 AM, in order to permit the parties to investigate, review and complete the exchange of discovery and prepare the case for further proceedings, including motions.

This case, which arises from complex bankruptcy litigation, is complex within the meaning of the Speedy Trial Act due to the extraordinary volume of discovery, complexity of the legal and factual issues arising from this case and matters related to the underlying bankruptcy proceedings and the need for counsel to conduct their

own independent investigations and prepare appropriate motions. Accordingly, the time between the scheduled court appearance on December 19, 2005 and the status conference on January 17, 2006 should continue to be excluded from the calculation of time pursuant to the Speedy Trial Act, due to complexity and counsels' need to prepare the case for further proceedings. 18 U.S.C. §3161 (h) (8) (B) (ii) and (iv) [Local Codes T2/T4].

Dated: December 8, 2005          SEGAL & KIRBY

By: /S/_____
    MALCOLM S. SEGAL
    Counsel for Defendant LINDA M. BURKE

Dated: December 8, 2005          NOSSAMAN, GUTHNER, KNOX & ELLIOT, LLP

By: /S/_____
    PATRICK HANLY
    Counsel for Defendant JAMES D. BURKE

Dated: December 8, 2005

By:/S/_____
   ROBIN TAYLOR
   Assistant United States Attorney

    IT IS SO ORDERED.

Dated: December 13, 2005

/s/ Frank C. Damrell Jr._____
HONORABLE FRANK C. DAMRELL JR.
Judge, United States District Court