NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
PATRICK K. HANLY (SBN 128521)
915 L Street, Suite 1000
Sacramento, California 95814-3705
Telephone: (916) 442-8888
Facsimile: (916) 442-0382

Attorneys for Defendant
James Burke

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES D. BURKE, ET AL.<br><br>    Defendant. | ) Case No:  CR S 05-365 FCD<br>)<br>) STIPULATION AND ORDER CHANGING<br>) MOTION SCHEDULE<br>)<br>) Date: 7-24-06<br>) Time: 9:30 a.m.<br>) Courtroom: Honorable FRANK C. DAMRELL<br>) Jr**.**<br>) **"AS MODIFIED"**<br>)<br>)<br>) |

    Defendants James D. Burke and Linda Burke, through their respective counsel of record, Patrick K. Hanly and Malcolm Segal, and plaintiff United States of America, through its counsel, Assistant United States Attorney Matthew Stegman, agree and stipulate that to allow the defense more time to conduct investigation the instant motion schedule shall be modified as follows:  Motions due by 8/7/06, Responses due by 9/4/06, Replies due by 9/25/06 and the hearing shall be set for 10/10/ 2006 at 9:30 a.m.[1]

---

[1] The current motion schedule is as follows: Motions due by 5/22/2006; Responses due by 6/19/2006; Replies due by 7/10/2006; Motion Hearing set for 7/24/2006 at 09:30 a.m.

95633_1.DOC

1   Time is currently being excluded pursuant to 18 U.S.C. §3161 (h) (8) (B) (iv), Local Code T4 for the preparation and filing of motions until the 7/24/06 hearing date under the original motion schedule. The parties agree that time may be excluded pursuant to 18 U.S.C. §3161 (h) (8) (B) (iv), Local Code T4 until the later of the day of the new motion hearing date, October 9, 2006, or such time as the Court rules on the motions filed by the parties.

Dated: May 9, 2006     NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP

By:  /s/ PATRICK K. HANLY
        PATRICK K. HANLY

ATTORNEYS FOR DEFENDANT JAMES D. BURKE


Dated: May 9, 2006     SEGAL & KIRBY

By:  /s/ MALCOLM SEGAL
        MALCOLM SEGAL

ATTORNEYS FOR DEFENDANT LINDA BURKE


Dated: May 9, 2006     UNITED STATES ATTORNEY

By:  /s/ MATTHEW STEGMAN
        MATTHEW STEGMAN

ASSISTANT U.S. ATTORNEY


**IT IS SO ORDERED**.

Dated:  May 9, 2006

/s/ Frank C. Damrell Jr                              .
HONORABLE FRANK C. DAMRELL JR.
UNITED STATES DISTRICT COURT