NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
PATRICK K. HANLY (SBN 128521)
915 L Street, Suite 1000
Sacramento, California 95814-3705
Telephone: (916) 442-8888
Facsimile: (916) 442-0382

Attorneys for Defendant
James Burke

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br>James D. Burke, et al.<br>        Defendant. | Case No:  CR S 05-365 FCD<br><br>STIPULATION AND ORDER ALLOWING DEFENDANT BURKE TO TRAVEL OUT OF THE DISTRICT |

     Defendant James D. Burke, through his counsel of record, Patrick K. Hanly and plaintiff United States of America, through its counsel, Assistant United States Attorney Matthew Stegman, agree and stipulate that defendant James Burke may travel out of the Eastern District of California to Hawaii between the dates of June 22, 2006 and July 5, 2006.

Dated: May 9, 2006         NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP

                                   By:  /s/ PATRICK K. HANLY

                                       PATRICK K. HANLY

                                   ATTORNEYS FOR DEFENDANT JAMES D. BURKE

Dated: May 9, 2006         UNITED STATES ATTORNEY

                                   BY:  /S/ MATTHEW STEGMAN
                                   MATTHEW STEGMAN
                                   ASSISTANT U.S. ATTORNEY

/////

1  **IT IS SO ORDERED**.

3  DATED: MAY 12, 2006          /s/ GREGORY G. HOLLows
                                 _____
4                                HONORABLE GREGORY G. HOLLOWS
                                 UNITED STATES MAGISTRATE JUDGE