LAW OFFICES OF PATRICK K. HANLY
PATRICK K. HANLY (SBN 128521)
400 Capitol Mall, Suite 963
Sacramento, California 95814
Telephone: (916) 449-3930
Facsimile: (916) 449-8247

Attorneys for Defendant
JAMES D. BURKE

FILED

AUG - 2 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>JAMES D. BURKE,<br><br>   Defendant. | Case No: CR S 05-365 FCD<br><br>**ORDER SEALING DECLARATION OF PATRICK K. HANLY IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT JAMES D. BURKE**<br><br>Date: 8/28/06<br>Time: 9:30 a.m.<br>Courtroom: Honorable FRANK C. DAMRELL JR. |

**GOOD CAUSE APPEARING, IT IS ORDERED** that the Declaration of Patrick K. Hanly In Support of Motion To Withdraw as counsel for defendant James D. Burke is hereby filed under seal.

**IT IS SO ORDERED.**

August 2, 2006

FRANK C. DAMRELL, JR.