```
MALCOLM S. SEGAL - 075481
JAMES P. MAYO - 169897
SEGAL & KIRBY
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant
LINDA M. BURKE
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  S-05-CR 00365 FCD |
| Plaintiff, | **STIPULATION AND ORDER CHANGING/VACATING MOTION SCHEDULE CONTINUANCE** |
| vs. | |
| JAMES D. BURKE and LINDA M. BURKE, | "AS MODIFIED" |
| Defendants. / | |

Defendant Linda M. Burke, through her counsel of record, Malcolm Segal and Defendant James D. Burke, through his counsel of record, Patrick Hanly, and Plaintiff United States of America, through its counsel, Assistant United States Attorney Matthew Stegman, agree and stipulate that to allow the defense more time to conduct investigation, prepare motions and to permit the Court the opportunity to hear and rule on pending motions concerning the continued representation by counsel for James D. Burke, the current pre-trial motion schedule (requiring Motions to be filed by 9/11/06, Responses due by 10/9/06, Replies due by 10/30/06 and hearing set for 11/13/06) shall be vacated.  Counsel further stipulates that the Court will set the revised motion schedule at the hearing on the motions to withdraw as counsel, or as part of a status conference on September 11, 2006.

1

This case continues to be complex within the meaning of the Speedy Trial Act due to the volume of discovery, complexity of the legal and factual issues, the need of defense counsel to conduct further investigation and prepare motions and for continuity of counsel. Accordingly, the time between now and the previously scheduled date for hearing of the motions, November 13, 2005, should continue to be excluded from the calculation of time pursuant to the Speedy Trial Act, due to complexity and the need of counsel to prepare. 18 U.S.C. §3161 (h) (8) (B) (ii) and (iv) [Local Codes T2/T4].

Dated: August 24, 2006          SEGAL & KIRBY

                                By: /S/ Malcom S. Segal
                                    MALCOLM S. SEGAL
                                    Counsel for Defendant LINDA M. BURKE

Dated: August 24, 2006          LAW OFFICES OF PATRICK HANLY

                                By: /S/Patrick Hanly
                                    PATRICK HANLY
                                    Counsel for Defendant JAMES D. BURKE

Dated: August 24, 2006

                                By:/S/ Matthew Stegman
                                    MATTHEW STEGMAN
                                    Assistant United States Attorney

## ORDER

Pursuant to the stipulation above the court hereby adopts the schedule and speedy trial exclusion as proposed. Additionally, the motion to withdrawn as counsel currently on calendar for August 28, 2006 is VACATED and RESET for Monday, September 11, 2006.

IT IS SO ORDERED.

Dated: August 25, 2006
                                /s/ Frank C. Damrell Jr.
                                HONORABLE FRANK C. DAMRELL JR.
                                Judge, United States District Court