UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

---oOoo---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JAMES D. BURKE,<br><br>        Defendant. | No. Cr. S-05-0365 FCD<br><br>**O R D E R** |

—ooOoo—

      The Warrant for Arrest of Witness issued on October 11, 2006 as to JAMES D. BURKE is hereby WITHDRAWN.

      IT IS SO ORDERED.

DATED: October 11, 2006.

                                       /s/ Frank C. Damrell Jr.
                                       FRANK C. DAMRELL, Jr.
                                       United States District Judge