McGREGOR W. SCOTT
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2722

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 05-0365 FCD |
| ) | |
| Plaintiff, ) | STIPULATION CONTINUING TRIAL DATE |
| ) | AND ORDER |
| v. ) | |
| ) | |
| JAMES D. BURKE, and ) | |
| LINDA M. BURKE, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

    Plaintiff, United States of America, by and through counsel Assistant U.S. Attorney Robin R. Taylor, and defendants James Burke and Linda Burke, by and through counsel Robert Holley and Malcolm Segal, respectively, hereby AGREE AND STIPULATE to continue the trial in this matter from September 18, 2007, to September 25, 2007 at 9:00 a.m.  The Court Clerk has been consulted, and has confirmed that this date is available.

    Time has been excluded through September 18, 2007.  The parties further AGREE AND STIPULATE that time should be excluded from September 18, 2007, through and including September 25, 2007, based on case complexity, and to provide defense counsel reasonable time to prepare, pursuant to the Speedy Trial Act, 18 U.S.C. §

3161(h)(8)(B)(ii) and (iv) [Local Codes T2 and T4].  The exclusion is needed based on the volume of discovery and number of witnesses, to permit the defense the further opportunity to conduct its investigation, and to afford the defense time to adequately prepare for trial.

Counsel has discussed this proposed continuance with their client. Accordingly, for the reasons outlined above, the parties agree that the interests of justice outweigh the public interest in a speedy trial, and ask the Court to so find by signing the Order below.

DATED: March 6, 2007          McGREGOR W. SCOTT
                              United States Attorney

                              By: /s/ Robin R. Taylor
                                  ROBIN R. TAYLOR
                                  Assistant U.S. Attorney

DATED: March 6, 2007          By: /s/ Robert Holley
                                  ROBERT HOLLEY
                                  Attorney for JAMES BURKE

DATED: March 6, 2007          By: /s/ Malcom Segal
                                  MALCOLM SEGAL
                                  Attorney for LINDA BURKE

IT IS SO ORDERED.

DATED: March 7, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE