McGREGOR W. SCOTT
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2722

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:05-cr-0365 FCD |
| ) | |
| Plaintiff, ) | AMENDED STIPULATION CONTINUING |
| ) | TRIAL DATE AND ORDER |
| v. ) | |
| ) | |
| JAMES D. BURKE, and ) | |
| LINDA M. BURKE, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Plaintiff, United States of America, by and through counsel Assistant U.S. Attorney Robin R. Taylor, and the defendants James Burke and Linda Burke, by and through counsel Robert Holley and Malcolm Segal, respectively, hereby AGREE AND STIPULATE to continue the trial in this matter from September 25, 2007, to October 30, 2007 at 9:00 a.m.  The Court Clerk has confirmed that this date is available.  Additionally, the briefing schedule and the date for the trial confirmation hearing shall be modified as follows:

///

///

///

| Item | Previous Date | New Date |
|---|---|---|
| Government's Response(s) to Defendants' Motions | July 30, 2007 | August 20, 2007 |
| Defendants' Reply | August 6, 2007 | August 27, 2007 |
| Hearing Date | August 13, 2007 | September 10, 2007 at 10:00 a.m. |
| Trial Confirmation Hearing | August 20, 2007 | September 17, 2007 at 10:00 a.m. |

Time has previously been excluded through September 25, 2007. The parties further AGREE AND STIPULATE that time should be excluded from September 25, 2007, through and including October 30, 2007, based on case complexity, and to provide defense counsel reasonable time to prepare, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv) [Local Codes T2 and T4].  The exclusion is needed based on the complex nature of the bankruptcy fraud and money laundering allegations.  The defense needs additional time to review discovery and to interview witnesses, many of whom reside outside of Sacramento County.  Further, the defendants' need to determine if they will retain expert witness(es) for trial and to consult with such witnesses.  Motions are also pending at this time.

Counsel has discussed this proposed continuance with their respective clients.  Accordingly, for the reasons outlined above,

///
///
///
///
///
///
///

2

the parties agree that the interests of justice outweigh the public interest in a speedy trial, and ask the Court to so find by signing the Order below.

```
DATED: July 10, 2007                McGREGOR W. SCOTT
                                    United States Attorney


                                    By:__/S/_____
                                       ROBIN R. TAYLOR
                                       Assistant U.S. Attorney


DATED: July 10, 2007                By:__/S/_____
                                       ROBERT HOLLEY
                                       Attorney for JAMES BURKE


DATED: July 10, 2007                By:__/S/_____
                                       MALCOLM SEGAL
                                       Attorney for LINDA BURKE
```

IT IS SO ORDERED.

DATED: July 10, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE