MALCOLM S. SEGAL - 075481
JAMES P. MAYO - 169897
SEGAL & KIRBY
770 L Street, Suite 1440
Sacramento, CA 95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant
LINDA M. BURKE

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JAMES D. BURKE and<br>LINDA M. BURKE,<br><br>　　　　Defendants.<br>_____/ | **CASE NO. 2:05-CR-0365 FCD**<br><br>**STIPULATION AND ORDER CHANGING/VACATING PRE-TRIAL MOTION SCHEDULE, TRIAL CONFIRMATION HEARING, AND TRIAL DATE**<br>_____ |

　　　Defendant Linda M. Burke, through her counsel of record, Malcolm Segal, and Defendant James D. Burke, through his counsel of record, Robert Holley, and Plaintiff United States of America, through its counsel, Assistant United States Attorney Robin R. Taylor, agree and stipulate that: (1) the hearing on defendants' respective pre-trial motions for severance, dismissal, and suppression (docket numbers 70-76, 82-91) currently set for **September 24, 2007**; (2) the trial confirmation hearing previously set for **September 17, 2007**; and, (3) the trial date currently set for **October 30, 2007** shall be VACATED.

　　　Counsel further agree and stipulate, and having confirmed the Court's availability, that: (1) the pre-trial motions shall be set for hearing on **November 16, 2007 at 9:30 a.m.** with the replies to the motions due on **October 16, 2007.** The Court will conduct an evidentiary hearing on defendants' respective pre-trial motions for dismissal and suppression; (2) the trial confirmation

1

hearing shall be RESET for **December 11, 2007 at 10:00 a.m.**; and, (3) trial shall be set for **January 15, 2008 at 9:00 a.m.**.

This case, which arises from complex bankruptcy litigation, is complex within the meaning of the Speedy Trial Act due to the extraordinary volume of discovery, complexity of the legal and factual issues arising from this case and matters related to the underlying bankruptcy proceedings and the need for counsel to conduct further investigation and to prepare for the pending pre-trial motions and trial.  Accordingly, the parties stipulate and agree that the time between October 30, 2007, the previously scheduled date for trial and the date through which time has previously been excluded, and January 15, 2008, the new date set for trial should be excluded from the calculation of time pursuant to the Speedy Trial Act, due to complexity, the pendency of the pre-trial motions, and the need of counsel to prepare.  18 U.S.C. §3161(h)(8)(B)(ii) and (iv) [Local Codes T2/T4].

Dated:  September 20, 2007      **SEGAL & KIRBY**

By: /S/ Malcolm S. Segal
    MALCOLM S. SEGAL
    Counsel for Defendant LINDA M. BURKE

Dated: September 20, 2007

By: /S/ Robert Holley
    ROBERT HOLLEY
    Counsel for Defendant JAMES D. BURKE

Dated: September 20, 2007

By:/S/ Robin R. Taylor
    ROBIN R. TAYLOR
    Assistant United States Attorney

**IT IS SO ORDERED.**

Dated:   September 25, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE