```
 1  Robert M. Holley (SBN 50769)
    Attorney at law
 2  State Bar No. 50769
    331 J Street, Suite #200
 3  Sacramento, California 95814
    Telephone:  (916) 443-2213
 4

 5  Attorney for Defendant
    JAMES D. BURKE
 6
```

7            IN THE UNITED STATES DISTRICT COURT

8                EASTERN DISTRICT OF CALIFORNIA

9

```
10 UNITED STATES OF AMERICA,        ) CASE NO. 2:05-cr-0365 FCD
                                    )
11              Plaintiff,          ) STIPULATION AND ORDER CONTINUING
                                    ) MOTION HEARING, TRIAL CONFIRMATION
12      v.                          ) HEARING, AND JURY TRIAL
                                    )
13 JAMES D. BURKE and               ) "AS MODIFIED"
   LINDA M. BURKE,                  )
14                                  )
                Defendants.         )
15                                  )
   _____)
16
```

17                          **STIPULATION**

18         It is hereby stipulated by and between the parties through

19 their respective counsel that the Motions Hearing date presently

20 scheduled for November 16, 2007, the Trial Confirmation Hearing date

21 presently scheduled for December 11, 2007 and the Jury Trial, presently

22 scheduled for January 15, 2007 be vacated and that the following new

23 dates be set:

24           January 14, 2008 at 10:00 a.m. ......... Non-Evidentiary
                                                     hearing on
25                                                   pretrial motions

26           February 4, 2008 at 10:00 a.m. ......... Trial Confirmation

27           March 11, 2008 at 9:00 a.m.    ......... Jury Trial

28

The parties further stipulate that time included in this continuance be excluded pursuant to Speedy Trial Act, 18 U.S.C. Section 3161(h)(8)(B)(ii)(Local Codes T2 and T4) through March 11, 2008 due to complexity of the case and in the interest of justice due to the physical incapacity of counsel for Mr. Burke during a time which would otherwise be necessary for trial preparation.

Dated: November 15, 2007

/s/ Ms. Robin Taylor, Esq. (by RMH)
Assistant United States Attorney
Counsel the United States

/s/ Mr. Malcolm S. Segal(by RMH)
MR. MALCOLM S. SEGAL, Esq.
Counsel for MS. LINDA BURKE

/s/ Mr. Robert M. Holley, Esq.
MR. ROBERT M. HOLLEY, Esq.
Counsel for MR. JAMES BURKE

**DECLARATION OF COUNSEL**

This case arises from extraordinarily complex bankruptcy litigation and is complex within the meaning of the Speedy Trial Act due to the amount of discovery, the legal and factual issues, number of potential witnesses, and the amount of time necessary for trial preparation.

I, Robert M. Holley, Esq., as counsel for Mr. Burke, am requesting the stipulated new dates for all matters set forth herein below on the basis of my own personal health challenges. About two months ago I was diagnosed with thyroid cancer requiring surgery. Surgery was completed on October 19th and I am back at work part time at least until December. On December 14, 2007 I am scheduled for

1 radiation treatment to eradicate whatever cancer is left in my system.
2 Until that time, I have been taken off permanent thyroid replacement
3 medication and am becoming less and less able to work due to extreme
4 fatigue caused by a lack of thyroid globulin necessary for metabolism
5 (all a part of the radiation process).  I will be healthy again in
6 January and able to continue with trial preparation.
7            Accordingly, to allow time to prepare Mr. Burke's case for
8 trial, all parties have graciously stipulated to the requested
9 continuance as set forth herein below.
10           I declare under penalty of perjury that the foregoing is true
11 and correct.  Signed at Sacramento, California on November 15, 2007.

                                        /S/ Robert M. Holley, Esq.
                                        _____
                                        ROBERT M. HOLLEY, Esq.
                                        Counsel for Mr. Burke

   GOOD CAUSE APPEARING, the above stipulation and exclusion of time
pursuant to the Federal Speedy Trial Act, is GRANTED.
   IT IS SO ORDERED.
DATED: November 16, 2007

                                        _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE

3