Robert M. Holley (SBN 50769)
Attorney at law
State Bar No. 50769
331 J Street, Suite #200
Sacramento, California 95814
Telephone:  (916) 443-2213

Attorney for Defendant JAMES D. BURKE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:05-CR-0365 FCD |
| Plaintiff, | STIPULATION AND ORDER CONTINUING MOTION HEARING, TRIAL CONFIRMATION HEARING, AND JURY TRIAL |
| v. | |
| JAMES D. BURKE and LINDA M. BURKE, | |
| Defendants. | |

BACKGROUND AND DECLARATION OF COUNSEL

This case arises from extraordinarily complex bankruptcy litigation and is complex within the meaning of the Speedy Trial Act due to the amount of discovery, the legal and factual issues, number of potential witnesses, and the amount of time necessary for trial preparation.

I, Robert M. Holley, Esq., as counsel for Mr. Burke, am requesting the stipulated new dates for all matters set forth herein below on the basis of my own personal health.  As set forth in a previous stipulation and proposed order filed herein on November 15, 2007, I have had health challenges which are now almost at an end.

1       Unfortunately the recovery has been more of an ordeal than I
2 had anticipated and I have been unable to devote the kind of time for
3 trial preparation necessary for a case as complex as this one and I
4 need additional time.
5       Accordingly, to allow time to prepare Mr. Burke's case for
6 trial, all parties have graciously stipulated to the requested
7 continuance as set forth herein below.
8       I declare under penalty of perjury that the foregoing is true
9 and correct.  Signed at Sacramento, California on Friday, January 11,
10 2008.

12       /S/ Robert M. Holley, Esq.

13       _____
      ROBERT M. HOLLEY, Esq.
14       Counsel for Mr. Burke

16       <u>STIPULATION</u>

17       It is hereby stipulated by and between the parties through
18 their respective counsel that the Motions Hearing date presently
19 scheduled for January 14, 2008 at 9:30 a.m., the Trial Confirmation
20 Hearing date presently scheduled for February 4, 2008 at 10:00 a.m. and
21 the Jury Trial, presently scheduled for March 11, 2008 at 9:00 a.m. be
22 vacated and that the following new dates be set:
23       February 25, 2008 at 10:00 a.m. ......... Oral legal argument
24       on pretrial motions (the need for an evidentiary hearing on same
25       will be discussed and set at this time if appropriate)
26       April 7, 2008 at 10:00 a.m. .. . .Trial Confirmation Hearing
27       May 7, 2008 at 9:00 a.m. ..........Jury Trial

2

1  The parties further stipulate that time included in this
2 continuance be excluded pursuant to Speedy Trial Act, 18 U.S.C. Section
3 3161(h)(8)(B)(ii)(Local Codes T2 and T4) through May 7, 2008 due to
4 complexity of the case and in the interest of justice due to the
5 physical incapacity of counsel for Mr. Burke during a time which would
6 otherwise be necessary for trial preparation.
7  Dated: January 11, 2008

9  /s/ Ms. Robin Taylor, Esq. (by RMH)
   Assistant United States Attorney
10   Counsel the United States

13  /s/ Mr. Malcolm S. Segal(by RMH)
    MR. MALCOLM S. SEGAL, Esq.
    Counsel for MS. LINDA BURKE

16  /s/ Mr. Robert M. Holley, Esq.
    MR. ROBERT M. HOLLEY, Esq.
17  Counsel for MR. JAMES BURKE

20 **IT IS SO ORDERED.**
DATED: January 15, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

3