MALCOLM S. SEGAL - 075481
JAMES P. MAYO - 169897
SEGAL & KIRBY
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant
LINDA M. BURKE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JAMES D. BURKE and<br>LINDA M. BURKE,<br><br>　　　　Defendants.<br>_____/ | **CASE NO.  S-05-CR-0365 FCD**<br><br>**STIPULATION AND ORDER CONTINUING PRE-TRIAL MOTION SCHEDULE**<br>_____ |

　　　　Defendant Linda M. Burke, through her counsel of record, Malcolm S. Segal,  and Defendant James D. Burke, through his counsel of record, Robert Holley, and Plaintiff United States of America, through its counsel, Assistant United States Attorney Robin R. Taylor, agree and stipulate that the hearing on defendants' respective pre-trial motions for severance, dismissal, and suppression (docket numbers 70-76, 82-91) currently set for **February 25, 2008 at 9:30 a.m.** shall be vacated.

　　　　Counsel further agree and stipulate, and having confirmed the Court's availability, that the pre-trial motions shall instead be set for hearing on **March 10, 2008 at 10:00 a.m.**  The need for the requested continuance of the pre-trial motion hearing arises from the unavailability of Assistant United States Attorney Robin R. Taylor because of a family matter necessitating travel outside of the State of California.

　　　　This case, which arises from complex bankruptcy litigation, is complex within the meaning of the Speedy Trial Act due to the extraordinary volume of discovery, the

number of potential witnesses, the complexity of the legal and factual issues arising from this case and matters related to the underlying bankruptcy proceedings, and the need for counsel to conduct further investigation and to prepare for the pending pre-trial motions and trial.   Accordingly, the parties stipulate and agree that the time between February 25, 2008, the previously scheduled date for the pretrial motions and the date through which time has previously been excluded, and March 10, 2008, the new date set for trial should be excluded from the calculation of time pursuant to the Speedy Trial Act, due to complexity, the pendency of the pre-trial motions, and the need of counsel to prepare.  18 U.S.C. §3161(h)(8)(B)(ii) and (iv) [Local Codes T2/T4].

Dated: February 20, 2008

**SEGAL & KIRBY**

By: /S/ Malcolm S. Segal
MALCOLM S. SEGAL
Counsel for Defendant LINDA M. BURKE

Dated: February 20, 2008

By: /S/ Robert Holley (by MSS)
ROBERT HOLLEY
Counsel for Defendant JAMES D. BURKE

Dated: February 20, 2008

By:/S/ Robin R. Taylor (by MSS)
ROBIN R. TAYLOR
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated:   February 25, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE