McGREGOR W. SCOTT
United States Attorney
ROBIN R. TAYLOR
KYLE REARDON
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2722

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:05-cr-0365 FCD |
| ) | |
| Plaintiff, ) | GOVERNMENT'S REQUEST FOR AN |
| ) | EXTENSION OF TIME TO FILE |
| v. ) | SUPPLEMENTAL BRIEFING AS ORDERED BY |
| ) | THE COURT AND ORDER |
| ) | |
| JAMES D. BURKE, and ) | |
| LINDA M. BURKE, ) | |
| ) | Date: March 31, 2008 |
| Defendants. ) | Hon. Frank C. Damrell, Jr. |
| ) | |
| _____ ) | |

    Plaintiff, United States of America, by and through counsel Assistant U.S. Attorney Robin R. Taylor, requests an extension to time to file Supplemental Briefing Regarding the Motion to Suppress from March 31, 2008, until April 30, 2008.

    The continuance is needed because Robert Tice-Raskin has been assigned to assist trial counsel with investigating the "taint" issue and with the hearing. Mr. Tice-Raskin requests additional time to familiarize himself with the case; research the legal and factual issues; and to meet with witnesses. He is also scheduled to be on leave from March 23, 2008, through March 31, 2008. Additionally, I begin a short trial on March 31, 2008, before the Hon. Morrison C. England, Jr., and will thereafter be out of the office from April 15, 2008, through April 25, 2008. Mr. Tice-Raskin believes additional consultation with me may be needed prior to filing documents with the Court. In sum, he believes that having until April 30, 2008, would provide him sufficient time to complete this

work.

The defendants James Burke and Linda Burke, by and through counsel Robert Holley and Malcolm Segal, respectively, are aware of this request for an extension and do not oppose it. Time has previously been excluded through May 6, 2008. The parties further do not object to vacating the May 6, 2006, hearing date and resetting on a date convenient for the Court and the parties.

DATED: March 20, 2008                                    McGREGOR W. SCOTT
                                                        United States Attorney


                                                        By:   /S/
                                                          ROBIN R. TAYLOR
                                                          Assistant U.S. Attorney

### ORDER

The court hereby GRANTS the Government's request and hereby sets the following dates:

All Supplemental Briefing Regarding the Motion to Suppress shall be filed no later than April 30, 2008;

The status conference set for April 21, 2008 is VACATED and RESET for May 27, 2008 at 10:00 a.m.; and

The evidentiary hearing set for May 7, 2008 is VACATED and tentatively RESET for Friday, June 20, 2008 at 10:00 a.m. The court shall confer with the parties at the May 27th status conference regarding their availability for this date.

IT IS SO ORDERED.

DATED: March 21, 2008

_____
HON. FRANK C. DAMRELL, JR.
United States District Court