1  Robert M. Holley (SBN 50769)
   Attorney at law
2  State Bar No. 50769
   331 J Street, Suite #200
3  Sacramento, California 95814
   Telephone:  (916) 443-2213
4

5  Attorney for Defendant JAMES D. BURKE

6

7

8                IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) NO. CRS 05-365 FCD
                                    )
12           Plaintiff,             ) STIPULATION AND ORDER ALLOWING
                                    ) DEFENDANT JAMES D. BURKE TO TRAVEL
13     v.                           ) OUTSIDE OF THE EASTERN DISTRICT
                                    ) OF CALIFORNIA FOR VACATION
14 JAMES D. BURKE, et al.           )
                                    )
15           Defendants.            )
                                    )
16 _____  )

17

18         Defendant James D. Burke, by and through his counsel of

19 record, Robert M. Holley and plaintiff, The United States of America,

20 by and through its counsel, Ms. Robin R. Taylor, Assistant United

21 States Attorney, agree and stipulate that defendant James D. Burke may

22 travel outside of the Eastern District of California to the State of

23 ////

24 ////

25 ////

26 ////

27 ////

28 ////

1  Hawaii between the dates of August 1, 2008 and August 15, 2008.

4       **Dated: July 24, 2008**

5                                       */s/ Robert M. Holley*
                                        _____
6                                       **Robert M. Holley**
                                        **Counsel for Mr. Burke**

8       **Dated: July *24*, 2008**
                                        */s/  Robin Taylor*
9                                       _____
                                        **Ms. Robin R. Taylor**
10                                      **Assistant United States Attorney**

                                **ORDER**

   **GOOD CAUSE APPEARING, it is so ordered.**

**Dated: July 24, 2008.**

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2