Robert M. Holley (SBN 50769)
Attorney at law
State Bar No. 50769
331 J Street, Suite #200
Sacramento, California 95814
Telephone: (916) 443-2213

Attorney for Defendant James D. Burke

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CR S.05-365 FCD |
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING<br>) BRIEFING SCHEDULE AND HEARING |
| v. | ) WITH REGARD TO PRETRIAL MOTIONS |
| JAMES D. BURKE, | ) |
| Defendant. | ) |
| _____ | ) |

## BACKGROUND

This stipulation and proposed order for an extension of time with regard to pending pretrial motions follows a three day evidentiary hearing and briefing schedule presently set as follows:

**Defendants Supplemental Brief due . . . . . 10/29/08**

**Government's Opposition due . . . . . . . . 11/19/08**

**Defendant's Reply due . . . . . . . . . . . 12/03/08**

**Status Conference (oral argument) . . . . . 12/15/08**

Shortly after receiving the transcript in this matter, counsel for the defense was requested by his doctors to drop off of thyroid replacement medication to prepare for a radioactive scan and possible radioiodine treatment. The process deregulates metabolism, and puts the patient in a state known as "hypothyroidism." While temporary, being hypothyroid is both physically and mentally debilitating. Counsel hoped he would retain sufficient faculties and energy to complete the complex research and

briefing in a way which would be helpful to the Court but became increasingly unable to do so.  As of today's date, counsel is still involved in the scanning process but should be back on thyroid replacement medication shortly.  Counsel will be much improved within two to three weeks after that date.

Ms. Taylor for the United States has graciously stipulated to this continuance and the Court has available the date of **January 23, 2008 at 10:00 a.m.** for status/oral argument.

### **STIPULATION**

The parties hereto hereby stipulate to revise the dates of the supplemental briefing schedule from those set forth above to the following:

**Defendants Supplemental Brief due . . . 11/26/08**

**Government's Opposition due . . . . . . 1/06/09**

**Defendant's Reply due . . . . . . . . . 1/16/09**

**Status Conference/oral argument . . . . 1/23/09 at 10:00 a.m.**

The parties further stipulate that the time included in this continuance, through such time as the Court issues a final order on the motions before it, be excluded pursuant to Speedy Trial Act, 18 U.S.C. Section 3161(h)(8)(B)(ii) and (iv)(Local Code T2/T4) due to complexity of the case, the interest of justice, time for counsel to prepare, and pretrial motions pending.

**Dated:  October 28, 2008**

/s/ **Ms. Robin R. Taylor (By RMH)**
**Ms. Robin R. Taylor**
**Assistant United States Attorney**
**Counsel for the United States**

/s/ **Mr. Robert M. Holley, Esq.**
**Mr. Robert M. Holley, Esq.**
**Counsel for Mr. James D. Burke**

**ORDER**

      **GOOD CAUSE APPEARING,** the above requested calendaring change, and stipulation re: the exclusion of time pursuant to the Federal Speedy Trial Act, ARE SO ORDERED.

**Dated: October 28, 2008**

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE