```
 1  Robert M. Holley (SBN 50769)
    Attorney at law
 2  State Bar No. 50769
    331 J Street, Suite #200
 3  Sacramento, California 95814
    Telephone:  (916) 443-2213
 4

 5  Attorney for Defendant JAMES D. BURKE

 6
                        IN THE UNITED STATES DISTRICT COURT
 7
                           EASTERN DISTRICT OF CALIFORNIA
 8

 9
    UNITED STATES OF AMERICA,        ) CASE NO. 2:05-CR-0365 FCD
10                                   )
                   Plaintiff,        ) STIPULATION AND ORDER SETTING
11                                   ) DATES FOR TRIAL CONFIRMATION
         v.                          ) HEARING, AND JURY TRIAL
12                                   )
    JAMES D. BURKE,                  )
13                                   )
                   Defendant.        )
14                                   )
    _____)
15

16

17                  BACKGROUND AND DECLARATION OF COUNSEL

18          This case arises from extraordinarily complex bankruptcy

19  litigation and is complex within the meaning of the Speedy Trial Act

20  due to the amount of discovery, the legal and factual issues, number of

21  potential witnesses, and the amount of time necessary for trial

22  preparation.

23          Counsel for Mr. Burke herein requests the stipulated new

24  dates for trial and trial confirmation based upon the fact that he has

25  an estimated 8 week homicide case beginning April 13, 2009 in the

26  Sacramento County Superior Court.  Based upon the amount of documents

27  and witnesses counsel will need approximately 90 days preparation time

28  for trial.  All counsel (and the Court) have the requested dates
```

available for trial and accordingly have herein below stipulated to the same. Counsel for the defense will be out of the country during the week of April 6, 2009.

I declare under penalty of perjury that the foregoing is true and correct. Signed at Sacramento, California on April 1, 2009.

/S/ Robert M. Holley, Esq.

_____
ROBERT M. HOLLEY, Esq.
Counsel for Mr. Burke

STIPULATION

It is hereby stipulated by and between the parties hereto through their respective counsel that the trial confirmation and trial dates be scheduled as follows:

**September 28, 2009 at 10:00 a.m. ......... Trial Confirmation**
**October 27, 2009 at 9:00 a.m. .......... Jury Trial**

The parties further stipulate that time included in this continuance be excluded pursuant to Speedy Trial Act, 18 U.S.C. Section 3161(h)(8)(B)(ii)(Local Codes T2 and T4) through October 27, 2009 due
////
////
////
////
////
////
////

to complexity of the case and the need for appropriate trial preparation.

Dated: March 31, 2009

/s/ Ms. Robin Taylor, Esq. (by RMH)
Assistant United States Attorney
Counsel the United States


/s/ Mr. Robert M. Holley, Esq.
MR. ROBERT M. HOLLEY, Esq.
Counsel for MR. JAMES BURKE

**ORDER**

GOOD CAUSE APPEARING, the above requested calendaring of dates for Trial Confirmation Hearing and Trial, along with the stipulated exclusion of time pursuant to the Federal Speedy Trial Act, are SO ORDERED.

Dated: April 2, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE