1  BENJAMIN B. WAGNER
   United States Attorney
2  ROBIN R. TAYLOR
   KYLE REARDON
3  Assistant U.S. Attorney
   501 I Street, Suite 10-100
4  Sacramento, California  95814
   Telephone: (916) 554-2700

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,    ) 2:05-CR-0365 FCD
                                 )
11            Plaintiff,         ) ORDER TO CONTINUE JUDGMENT AND
                                 ) SENTENCING
12                               )
                                 )
13      v.                       )
                                 ) Date: Monday, February 7, 2011
14  JAMES D. BURKE,              ) Time: 1:30 p.m.
                                 ) Court: Hon. Frank C. Damrell, Jr.
15            Defendant.         )

16       The parties request that the judgment and sentencing

17  currently set for Monday, February 7, 2011, at 1:30 p.m., be

18  continued to Tuesday, February 22, 2011, at 1:30 p.m.  The reason

19  for this requested continuance is to permit the parties to

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1

1   conclude their pre-sentence investigations and to prepare

2   appropriate sentencing materials based upon those investigations.

3       In addition, an unanticipated conflict with the currently

4   scheduled sentencing date has arisen.  The attorney for the

5   United States is currently in trial (<u>United States v. Torlai</u>;

6   2:08-CR-0329 JAM).  This trial was originally set to conclude on

7   Tuesday, January 25, 2011.  However, due to the defense counsel's

8   illness, this case was continued to February 3, 2011, and is

9   expected to last until February 9, 2011.  Co-counsel is similarly

10  unavailable to proceed as currently scheduled because she has

11  been detailed to Kenya until early 2012.

12   DATED: January 25, 2011              Respectfully submitted,
                                          BENJAMIN B. WAGNER
13                                        United States Attorney

14                                  By:

15

16                                   <u>/s/ Kyle Reardon</u>
                                      ROBIN R. TAYLOR
17                                    KYLE REARDON
                                      Assistant U.S. Attorneys
18

19   DATED: January 25, 2011           <u>/s/ Kyle Reardon for</u>
                                        ROBERT HOLLEY
20                                      Counsel for the defendant

21

22                              **O R D E R**

23  APPROVED AND SO ORDERED.

24   DATED: January 25, 2011

25

26                                    _____
                                      FRANK C. DAMRELL, JR.
27                                    UNITED STATES DISTRICT JUDGE

28