**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P. C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:  530.759.0700**
   **Facsimile:   530.759.0800**

**Attorney for Defendant**
**JAMES D. BURKE**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR. S-05-365 FCD |
| ) Plaintiff, ) | **STIPULATION AND ORDER TO EXTEND VOLUNTARY SURRENDER DATE** |
| vs. ) | |
| ) ) JAMES D. BURKE, ) ) Defendant. ) ) | |

It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Kyle Reardon, Assistant United States Attorney, and Defendant, JAMES D. BURKE, through his counsel of record, Joseph J. Wiseman, that Defendant's voluntary surrender date of May 9, 2011, be extended to June 10, 2011 at 2:00 p.m.  The undersigned are entering into this stipulation and requesting this continuance to provide Defendant additional time to consult with newly appointed counsel regarding issues related to his appeal, including detail review of the voluminous discovery materials in the matter.

/ / / / /

/ / / / /

/ / / / /

Therefore, Defendant requests the Court grant this request to extend his voluntary surrender date to June 10, 2011.

Dated: May 2, 2011						Respectfully submitted,

								JOSEPH J. WISEMAN, P.C.

								By:   /s/ Joseph J. Wiseman

									JOSEPH J. WISEMAN
									Attorney for Defendant
									JAMES D. BURKE

Dated: May 2, 2011						BENJAMIN B. WAGNER
								United States Attorney


								By:   /s/ Kyle Reardon
									KYLE REARDON, AUSA
									Attorney for Plaintiff
									UNITED STATES OF AMERICA


## ORDER

A request to extend the time for voluntary surrender having been presented to the Court and GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT defendant, JAMES D. BURKE, shall self-surrender, as designated by the Bureau of Prisons, on or before **June 10, 2011**.

Dated: May 4, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order to Extend						CR. S-05-365 FCD
Voluntary Surrender Date