**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95616**
   **Telephone:   530.759.0700**
   **Facsimile:    530.759.0800**

**Attorney for Defendant**
**JAMES D. BURKE**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. S 05  365 FCD |
| Plaintiff, | ) |
| vs. | ) **APPLICATION AND ORDER EXONERATING BAIL** |
| JAMES D. BURKE, | ) |
| Defendant. | ) |

Defendant JAMES BURKE ("Burke"), by and through undersigned counsel, applies for an order from this court exonerating the bail posted to secure his release in this case.  Defendant is making this application on the grounds that his case is concluded and he is currently serving his 15-month sentence at the Taft Correctional Institution.  Accordingly, the lien in favor of the Clerk of Court posted to secure defendant's release should be extinguished.

Dated: July 8, 2011                    Respectfully submitted,

                                            JOSEPH J. WISEMAN, P.C.

                                            By: ___/s/  Joseph J. Wiseman___
                                                  JOSEPH J. WISEMAN
                                                  Attorney for Defendant
                                                  JAMES D. BURKE

# ORDER

GOOD CAUSE having been shown, IT IS HEREBY ORDERED THAT the bail posted in this case to secure the defendant's release is EXONERATED.

DATED: July 11, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE